IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> B BRAND SHEET METAL INCORPORATED INC., <br><br> Defendants. | Case No. 1:18-cv-329-LO-IDD |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Ivan D. Davis, dated August 22, 2018 (Dkt. 13). Defendant did not object to the R&R. The Court has reviewed the Complaint, Plaintiffs' Motion for Default Judgment (Dkt. 7), and the supporting documents, and **ADOPTS** the findings and recommendations of Judge Davis.

Accordingly, for the reasons cited by Judge Davis and for good cause shown, Plaintiffs' Motion for Default Judgment is **GRANTED**. The Clerk of Court is instructed to enter judgment pursuant to FED. R. CIV. P. 55 in favor of Plaintiffs and against Defendants for $84,452.83.

September 17, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge